**FILED**
March 12, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>           Plaintiff,                        )<br>v.                                                     )<br>                                                         )<br>MUMRAIZ KHAN,                          )<br>           Defendant.                     )<br>_____) | Case No. MAG. 09-0086-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release MUMRAIZ KHAN, Case No. MAG. 09-0086-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

     _X_   Unsecured Appearance Bond

     ___   Appearance Bond with Surety

     _X_   (Other) Conditions as stated on the record.

     ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/12/09  at 2:48 pm

By _____
Edmund F. Brennan
United States Magistrate Judge